## FIRST DEPARTMENT, JUNE, 1948.

### (June 1, 1948.)

AMERICAN CITIES POWER AND LIGHT CORPORATION et al., Appellants, v. HARRISON WILLIAMS, Respondent, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ. [See *post*, p. 876.]

LEE SHUBERT et al., Appellants, v. COLUMBIA PICTURES CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 880.] [189 Misc. 734.]

STATE OF RIO DE JANEIRO, Appellant, v. E. H. ROLLINS & SONS, INCORPO-RATED, et al., Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Cohn, Callahan and Van Voorhis, JJ. [See *post*, p. 822.]

THELMA CORNELIUS, Appellant, v. PETER DOELGER BREWING CORPORATION et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MARJORIE GELB, Respondent, v. MAURICE HANDMAN, Appellant.— Order entered on or about May 9, 1947, fixing the amount of the weekly support of the infant herein in the sum of $30, unanimously modified by reducing the sum allowed to $25 a week, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ROBERT J. WIENER, as Administrator of the Estate of PATRICIA A. WIENER, Deceased, Respondent, v. SPECIFIC PHARMACEUTICALS, INC., Appellant.— Order unanimously affirmed. with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 783.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH WOLOSKY, Appellant.— The crime as charged was not proved, although the evidence may have been sufficient to establish prima facie proof of other offenses not charged. Judgment unanimously reversed and a new trial ordered. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.